David S. Levin 156336
Levin Law Firm
405 Sherman Avenue
Palo Alto, CA 94306-1827
Tel:  650/858-8500
Fax: 650/858-8508
david@levinlawfirm.com

Attorneys for Creditor
Investment Grade Loans, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

Silo City, Inc.

             Debtor.

Case No. 17-10238 - B

Chapter 11

**Request For Notice by Investment Grade Loans, Inc.**

**To: the Debtor, the U.S. Trustee and all parties in interest:**

Pursuant to Bankruptcy Rules 2002(g) and 9010(b), creditor Investment Grade Loans, Inc., hereby appears in this case through its attorney and requests copies of all notices, pleadings and other documents in this case, including the notice referenced in Bankruptcy Rule 3015, be served upon it at the following address:

Investment Grade Loans, Inc.
c/o David S. Levin
405 Sherman Ave
Palo Alto, CA 94306-1827
Tel: 650/858-8500
Fax: 650/858-8508

Dated: March 3, 2017                                                 Levin Law Firm

                                                                                                              /s/ David S. Levin

                                                                                       Attorneys for Creditor

Request for Notice